IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUTURE FIBRE TECHNOLOGIES PTY. LTD., : <br><br> Plaintiff, : <br><br> v. : <br><br> OPTELLIOS, INC., : <br><br> Defendant. : | <br><br><br> C. A. No. 04-1501 KAJ <br><br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on March 18, 2005, the foregoing "Defendant Optellios, Inc.'s First Set of Interrogatories Directed to Plaintiff Future Fibre Technologies Pty, Ltd." and "Defendant Optellios, Inc.'s First Set of Requests for Production Directed to Plaintiff Future Fibre Technologies Pty, Ltd." were served on the following counsel of record via hand delivery:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

DUANE MORRIS LLP

/s/ Gary W. Lipkin
Daniel V. Folt (I.D. No. 3143)
Gary W. Lipkin (I.D. No. 4044)
1100 N. Market Street, 12th Floor
Wilmington, DE 19801
Tel: 302.657.4927
Fax: 302.675.4901

Attorneys for Defendant Optellios, Inc.