IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUTURE FIBRE ) | |
| TECHNOLOGIES PTY. LTD., ) | |
| ) | C.A. No. 04-1501-KAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| OPTELLIOS INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of March, 2005, **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS** was served upon the following counsel of record at the address and in the manner indicated:

Daniel V. Folt, Esquire                                    HAND DELIVERY
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

Stephan P. Gribok, Esquire                            VIA ELECTRONIC MAIL
Duane Morris LLP
One Liberty Place
Philadelphia, PA  19103

                                  ASHBY & GEDDES

                                  /s/ John G. Day
                                  Steven J. Balick (I.D. # 2114)
                                  John G. Day (I.D. #2403)
                                  222 Delaware Avenue, 17th Floor
                                  P.O. Box 1150
                                  Wilmington, DE  19899
                                  (302) 654-1888

                                  *Attorneys for Plaintiff,*
                                  *Future Fibre Technologies Pty. Ltd.*

*Of Counsel:*

Marc B. Tucker
Kevin M. O'Brien
Jennifer Ancona Semko
BAKER & MCKENZIE
815 Connecticut Ave., NW
Washington, D.C. 20006
(202) 452-7007

Dated: March 21, 2005
151577.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Daniel V. Folt, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 | HAND DELIVERY |
| Stephan P. Gribok, Esquire<br>Duane Morris LLP<br>One Liberty Place<br>Philadelphia, PA  19103 | VIA ELECTRONIC MAIL |

                                                           /s/ *John G. Day*
                                                        John G. Day

151575.1