IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FUTURE FIBRE<br>TECHNOLOGIES PTY. LTD., | )<br>)<br>) | |
| | ) | C.A. No. 04-1501-KAJ |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| OPTELLIOS INCORPORATED, | )<br>)<br>) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of March, 2005, **PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR ADMISSIONS** was served upon the following counsel of record at the address and in the manner indicated:

Daniel V. Folt, Esquire                                                        **HAND DELIVERY**
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Stephan P. Gribok, Esquire                                              **VIA ELECTRONIC MAIL**
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103


ASHBY & GEDDES

/s/ *John G. Day*
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff,*
*Future Fibre Technologies Pty. Ltd.*

*Of Counsel:*

Marc B. Tucker
Kevin M. O'Brien
Jennifer Ancona Semko
BAKER & MCKENZIE
815 Connecticut Ave., NW
Washington, D.C. 20006
(202) 452-7007

Dated: March 21, 2005
151577.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Daniel V. Folt, Esquire  
Duane Morris LLP  
1100 North Market Street, Suite 1200  
Wilmington, DE 19801

HAND DELIVERY

Stephan P. Gribok, Esquire  
Duane Morris LLP  
One Liberty Place  
Philadelphia, PA 19103

VIA ELECTRONIC MAIL

/s/ *John G. Day*  
John G. Day

151575.1