IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUTURE FIBRE ) | |
| TECHNOLOGIES PTY. LTD., ) | |
| ) | C.A. No. 04-1501-KAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| OPTELLIOS INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 24th day of March, 2005, **PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR ADMISSIONS** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Daniel V. Folt, Esquire | HAND DELIVERY |
| Duane Morris LLP | |
| 1100 North Market Street, Suite 1200 | |
| Wilmington, DE 19801 | |
| | |
| Stephan P. Gribok, Esquire | VIA ELECTRONIC MAIL |
| Duane Morris LLP | |
| One Liberty Place | |
| Philadelphia, PA 19103 | |

ASHBY & GEDDES

  /s/ *John G. Day*
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff,*
*Future Fibre Technologies Pty. Ltd.*

*Of Counsel:*

Marc B. Tucker
Kevin M. O'Brien
Jennifer Ancona Semko
BAKER & MCKENZIE
815 Connecticut Ave., NW
Washington, D.C.  20006
(202) 452-7007

Dated:  March 24, 2005
151577.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Daniel V. Folt, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Stephan P. Gribok, Esquire<br>Duane Morris LLP<br>One Liberty Place<br>Philadelphia, PA 19103 | **VIA ELECTRONIC MAIL** |

                                              /s/ *John G. Day*
                                              John G. Day