# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 6, 2005

The Honorable Kent A. Jordan  　　　　　　　　　　　　*VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, DE 19801

　　Re:　*Future Fibre Tech. Pty. Ltd. v. Optellios Incorporated*
　　　　C.A. No. 04-1501-KAJ

Dear Judge Jordan:

　　I am pleased to report that the parties to the above action have resolved the issues raised in docket items 21, 22, 28, and 29, and have agreed to submit the enclosed scheduling order for the Court's consideration. The proposed scheduling order reflects the following dates previously set by the Court during the January 24, 2005 scheduling conference:

| | |
|---|---|
| Initial Disclosures | 5 days after entry of scheduling order |
| Joinder of Parties and Amendment of Pleadings | March 31, 2005[1] |
| Proposed Pretrial Order | March 13, 2006 |
| Pretrial Conference | April 10, 2006 at 4:30 p.m. |
| Trial | 8 days beginning May 8, 2006 |

　　The parties also respectfully request that the Court consider and approve the following additional dates:

| | |
|---|---|
| Initial Disclosure of Expert Testimony | September 16, 2005 |

---

[1] Although this deadline has passed, the plaintiff may seek leave to amend its Complaint to add a patent infringement claim should the Court deny its motion to dismiss the defendants' declaratory judgment counterclaim of patent invalidity, and the defendant reserves its right to oppose such a motion.

The Honorable Kent A. Jordan
May 6, 2005
Page 2

| | |
|---|---|
| Rebuttal Expert Reports | October 16, 2005 |
| Interim Status Report | 7 days before Status Conference |
| Status Conference | As close to October 14, 2005 as the Court's calendar permits |
| Exchange of Claim Terms | November 1, 2005 |
| Technology Tutorial | November 15, 2005 |
| Discovery Cut-Off | December 15, 2005 |
| Case Dispositive Motions, *Daubert* Motions, and Opening *Markman* Briefs | January 15, 2005 |
| *Markman* and Summary Judgment Hearing | As close to February 24, 2005 as the Court's calendar permits |

The parties are available at the Court's convenience should Your Honor have any questions about the proposed schedule or wish to discuss this matter further.

Respectfully,

/s/ *John G. Day*

John G. Day

JGD/nml
Enclosure
156925.1

c:  Clerk of the Court (via ECF File and Serve; w/ enclosure)
    Daniel V. Folt, Esquire (by hand; w/ enclosure)
    Marc B. Tucker, Esquire (via Federal Express; w/ enclosure)