# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
PRINCETON
WESTCHESTER

DANIEL V. FOLT
DIRECT DIAL: 302.657.4927
E-MAIL: dfolt@duanemorris.com

www.duanemorris.com

May 9, 2005

*VIA E-FILING and HAND DELIVERY*

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

Re: *Future Fibre Tech. Pty. Ltd. V. Optellios Incorporated*
C.A. No. 04-1501-KAJ

Dear Judge Jordan:

I was on the west coast on a ten day business trip when Mr. Day sent the Court his May 6, 2005 letter regarding discovery disputes, and in the rush of business I did not have a chance to review the cover letter sent to the Court. I did review and approve the proposed scheduling order and we join Plaintiffs in asking the Court to approve that form of order.

There was an unintended miscommunication, however, regarding the dispute referenced at docket nos. 28 and 29. Optellios has not agreed and cannot agree to withdraw that dispute -- especially given the positions taken in the Rule 12 motion filed by Plaintiffs and presently pending before the Court. Rather than argue that dispute here, on behalf of Optellios, we respectfully request that the Court consider and rule on the issues addressed in docket nos. 28 and 29 at a time convenient to the Court.

Respectfully,

Daniel V. Folt

cc: Clerk of the Court (via e-filing)
John G. Day, Esquire (via e-filing)

WLM\208275.1

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246      PHONE: 302.657.4900   FAX: 302.657.4901