IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUTURE FIBRE TECHNOLOGIES PTY. LTD., | : |
| Plaintiff, | : C. A. No. 04-1501 KAJ |
| v. | : |
| OPTELLIOS, INC., | : JURY TRIAL DEMANDED |
| Defendant. | : |

## ENTRY OF APPEARANCE

Please enter the appearance of Daniel V. Folt, Esq. of Duane Morris LLP, 1100 North Market Street, 12th Floor, Wilmington, Delaware 19801, as counsel to represent defendant Optellios, Inc., in the captioned matter.

Dated: May 25, 2005

DUANE MORRIS LLP

Daniel V. Folt (I.D. # 3143)
John H. Newcomer, Jr. (I.D. # 2323)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
302-657-4900 (phone)
302-657-4901 (fax)

*Of Counsel:*
Stephan P. Gribok
Nicholas Tinari
DUANE MORRIS LLP
One Liberty Place
Philadelphia, PA 19103
215-979-1000 (phone)
215-979-1020 (fax)

Attorneys for Optellios, Inc.

WLM\208689.1