IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUTURE FIBRE<br>TECHNOLOGIES PTY. LTD.,<br><br>            Plaintiff,<br><br>v.<br><br>OPTELLIOS INCORPORATED,<br><br>            Defendant. | )<br>)<br>)   C.A. No. 04-1501-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 1st day of June, 2005, **PLAINTIFF FFT'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)** was served upon the following counsel of record at the address and in the manner indicated:

Daniel V. Folt, Esquire                                                                HAND DELIVERY
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801


                                                                            ASHBY & GEDDES

                                                                            _____/s/ *John G. Day*_____
                                                                            Steven J. Balick (I.D. # 2114)
                                                                            John G. Day (I.D. #2403)
                                                                            222 Delaware Avenue, 17th Floor
                                                                            P.O. Box 1150
                                                                            Wilmington, DE  19899
                                                                            (302) 654-1888
                                                                            sbalick@ashby-geddes.com
                                                                            jday@ashby-geddes.com

                                                                            *Attorneys for Plaintiff,*
                                                                            *Future Fibre Technologies Pty. Ltd.*

*Of Counsel:*

Marc B. Tucker
Kevin M. O'Brien
Jennifer Ancona Semko
BAKER & MCKENZIE
815 Connecticut Ave., NW
Washington, D.C. 20006
(202) 452-7007

Dated: June 1, 2005
151577.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Daniel V. Folt, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | HAND DELIVERY |

                                                          /s/ *John G. Day*
                                                          John G. Day