# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 19, 2005

The Honorable Kent A. Jordan       *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Future Fibre Tech. Pty. Ltd. v. Optellios Incorporated*
C.A. No. 04-1501-KAJ

Dear Judge Jordan:

I am pleased to report that the parties to the above action have reached an agreement to settle this matter and are finalizing the necessary documentation. The parties anticipate filing a stipulation of dismissal within the next few weeks.

Respectfully,

/s/ *John G. Day*

John G. Day

JGD/nml
159670.1

c:   Clerk of the Court (via ECF File and Serve)
     Daniel V. Folt, Esquire (by hand)
     Marc B. Tucker, Esquire (via Federal Express)