IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FUTURE FIBRE
TECHNOLOGIES PTY. LTD.,
               C.A. No. 04-1501-KAJ
    Plaintiff,

  v.

OPTELLIOS INCORPORATED,

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND
ORDER RETAINING FEDERAL COURT JURISDICTION**

IT IS HEREBY STIPULATED, this 3rd day of August, 2005, by and between the parties to this action, acting through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that this action shall be, and it is hereby, DISMISSED WITH PREJUDICE.

Federal court jurisdiction is hereby retained as to all matters relating to the interpretation, administration, and consummation of the parties' Joint Settlement Agreement and Mutual Release, a copy of which is incorporated into this Court's Order. Each party shall bear its, his or her own costs.

ASHBY & GEDDES

/s/ *John G. Day*

_____

Steven J. Balick (I.D. No. 2114)
John G. Day (I.D. No. 2403)
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Sbalick@ashby-geddes.com
Jday@ashby-geddes.com

*Attorneys for Plaintiff,*
*Future Fibre Technologies Pty. Ltd*


DUANE MORRIS LLP

/s/ *Daniel D. Folt*

_____

Daniel V. Folt (ID No. 3143)
Gary W. Lipkin (ID No. 4044)
1100 N. Market St., Suite 1200
Wilmington, DE 19801
(302) 657-4927
dvolt@duanemorris.com
gwlipkin@duanemorris.com

*Attorneys for Defendant*
*Optellios Incorporated*


IT IS SO ORDERED, this _____ day of _____, 2005.


_____
United States District Judge


160089.1